IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| DESIGN BASICS, LLC,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>K.W. SIGNATURE HOMES, INC.,<br><br>　　　　　Defendant. | CV 19-13-BLG-SPW-TJC<br><br>**ORDER** |

Plaintiff moves for the admission of John D. LaDue to practice before this Court in this case with Kevin Twidwell to act as local counsel. Mr. LaDue's application appears to be in order.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion to admit John D. LaDue pro hac vice is GRANTED on the condition that Mr. LaDue shall do his own work. This means that Mr. LaDue must do his own writing, sign his own pleadings, motions, and briefs, and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. LaDue, within fifteen (15) days of the date of this Order, files a pleading

///

acknowledging his admission under the terms set forth above.

DATED this 6th day of March, 2019.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge