IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| DESIGN BASICS, LLC,<br><br>            Plaintiff,<br><br>vs.<br><br>K.W. SIGNATURE HOMES, INC.,<br><br>            Defendant. | CV 19-13-BLG-SPW-TJC<br><br>**ORDER** |

      Defendant K.W. Signature Homes, Inc., moves for the admission of Robert T. Lawrence to practice before this Court with Bryan L. Taylor as local counsel. (Doc. 35.) Mr. Lawrence's application appears to be in order and in conformance with Local Rule 83.1(d).

      Accordingly, IT IS HEREBY ORDERED that Defendant's motion to admit Robert T. Lawrence *pro hac vice* is GRANTED on the condition that Mr. Lawrence shall do his own work and his own writing; shall sign his own pleadings, motions, and briefs; and shall appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

//

//

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Lawrence, within fifteen (15) days of the date of this Order, files a pleading acknowledging his admission under the terms set forth above.

DATED this 23rd day of September 2019.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge