

FILED

FEB 2 5 2020

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| DESIGN BASICS, LLC., <br><br> Plaintiff, <br><br> vs. <br><br> K.W. SIGNATURE HOMES, INC., <br><br> Defendant. | CV 19-13-BLG-SPW-TJC <br><br> ORDER |

Upon the parties' Stipulation to Dismiss with Prejudice (Doc. 40), by and between their counsel of record,

IT IS HEREBY ORDERED that the above-entitled cause is **DISMISSED WITH PREJUDICE**, with each party to bear their own costs.

DATED this 25th day of February, 2020.

Susan P. Watters
U. S. DISTRICT JUDGE

1